**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

WILLIAM RUSSELL
REG. #23674-009                                                                                          PETITIONER

VS.                                        2:06CV00042 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

## **JUDGMENT**

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is DISMISSED, WITHOUT PREJUDICE.

Dated this 23rd day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE